```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PAUL STUTZ,                         :   09 Civ. 1759 (VM)
                                    :
                    Plaintiff,      :
                                    :   **CONDITIONAL**
    - against -                     :   **ORDER OF DISCONTINUANCE**
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                    Defendants.     :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Counsel for defendants, on behalf of the parties, having notified the Court, by letter dated May 15, 2009, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the

plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         18 May 2009

                                            _____
                                                 VICTOR MARRERO
                                                    U.S.D.J.



| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **MICHAEL A. CARDOZO** | **LAW DEPARTMENT** | **AMY N. OKEREKE** |
| *Corporation Counsel* | 100 CHURCH STREET | *Assistant Corporation Counsel* |
| | NEW YORK, NY 10007 | (212) 788-9790 |
| | | (212) 788-9776 (fax) |
| | | aokereke@law.nyc.gov |

May 15, 2009

**BY FAX**
*Fax: (212) 805-6382*
Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Paul Stutz v. City of New York, et al.
              09 Civ. 1759 (VM)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above referenced matter. I write to inform the Court that the parties have reached an agreement in principle to settle this matter on behalf of all defendants. Accordingly, I will forward the requisite documents to plaintiff's counsel for execution. As soon as the papers are fully executed, the parties will duly submit the proposed Stipulation and Order of Settlement and Discontinuance to the Court for endorsement and filing with the Clerk.

       Thank you for your time and consideration in this matter.

                                           Respectfully submitted,

                                           Amy N. Okereke
                                           Assistant Corporation Counsel
                                           Special Federal Litigation Division

cc:    James I. Meyerson, Esq., attorney for plaintiff (via fax: (212) 513-1006)